## In the case of TOM, a Negro Man.

A HABEAS CORPUS, having been directed to *Adolph Walradt,* commanding him to bring up a negro man named *Tom,* detained in his custody, &c. whom he claimed to hold as a slave. The negro was now brought up, and his master made a return to the *habeas corpus,* stating that the negro was born a slave in the county of *Montgomery,* and was held as such, by *Johannes Walradt,* of whom he, *Adolph Walradt,* purwithstanding his master, in his life-time, but after giving the certificate, had sold and delivered him to a third person, for a valuable consideration.

Where *A.* the owner of a slave, gave him a certificate, stating, that from and after the decease of *A.* he manumitted the slave ; it was held, that the slave, after the death of his master, was entitled to his freedom ; not-

chased him as a slave, some years ago ; that since the death of the said *Johannes*, the negro claims to be free, by virtue of a certificate in writing, given to him by the said *Johannes*, in his life-time, in which the said *Johannes* sets forth, that he thereby " manumits the said negro slave *Tom*, from and after the death of him the said *Johannes*, in spite of all bills of sale, or last will by him thereafter to be made," which certificate was given before the sale of the negro to *Adolph Walradt*.

On this return, it was submitted to the court, whether the negro was entitled to his freedom, or not.

*Per Curiam.* We think the negro is free, by reason of the certificate of manumission given by *Johannes Walradt*, in his life-time ; and he must, therefore, be discharged.